IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAYCEE DEVELOPMENT, LLC, | : | |
| Plaintiffs, | | |
| v. | : | Case No. 3:18-cv-255 |
| WILBERFORCE UNIVERSITY, et al., | : | JUDGE WALTER H. RICE |
| Defendants. | : | |

DECISION AND ENTRY OVERRULING AS MOOT DEFENDANT THE THIRD EPISCOPAL DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH'S MOTION TO DISMISS (DOC. #8)

Given the filing of Plaintiff's First Amended Complaint, Doc. #12, the Court OVERRULES AS MOOT Defendant The Third Episcopal District of the African Methodist Episcopal Church's Motion to Dismiss, Doc. #8, which addressed the original Complaint.

Date: November 6, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE