IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| JAYCEE DEVELOPMENT, LLC, | ) |
| Plaintiff, | ) CASE NO. 3:18-CV-00255 |
| v. | ) JUDGE WALTER H. RICE |
| WILBERFORCE UNIVERSITY, et al., | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the parties' *Joint Motion to Stay Ruling on the Third Episcopal District of the African Methodist Episcopal Church's Motion to Dismiss Pending Mediation*. The Court finds the Motion to be well taken, and hereby **STAYS** ruling on the Motion to Dismiss pending the outcome of mediation. On or before the expiration of the stay, the parties shall file with the Court a joint notice that informs the Court of their mediation progress and requests a lifting of the stay, if necessary.

**IT IS SO ORDERED.**

Date: 2-15-19

_____
JUDGE WALTER H. RICE

DMS/11990086v.1

## EXHIBIT A